NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CYNTHIA J. CLAY,**
*Plaintiff-Appellant,*

v.

**JAMES CAMERON, TWENTIETH CENTURY FOX FILM CORPORATION, AND DUNE ENTERTAINMENT III, LLC,**
*Defendants-Appellees.*

---

2012-1396

---

Appeal from the United States District Court for the Southern District of Florida in case no. 10-CV-22203, Judge Ursula Ungaro.

## ORDER

Having received no objection to this court's May 21, 2012 show cause order,

IT IS ORDERED THAT:

This appeal is transferred to the United States Court of Appeals for the Eleventh Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

__JUL 1 2 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: William Pena Wells, Esq.
    Sanford Lewis Bohrer, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 2 2012

JAN HORBALY
CLERK